IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| CLEVELAND BERNARD REED and TIFFANY REED, | *<br>*<br>*<br>* |
| Plaintiffs, | *<br>*   CV 120-071 |
| v. | *<br>* |
| TRACTOR & EQUIPMENT COMPANY, | *<br>* |
| Defendant. | *<br>* |

**O R D E R**

Presently before the Court is Defendant's motion for leave to take Rule 30(b)(6) deposition. (Doc. 74.) Defendant requests it be granted leave to take a second deposition of Columbia Diversified, Inc. ("CDI") pursuant to Rule 30(a)(2)(A)(ii). (Id. at 4-5.) Defendant requests CDI designate a representative specific to the subject matters specified in its deposition notice. (Id. at 5.) Defendant also requests an additional thirty (30) days to take the second deposition. (Id. at 7.)

Federal Rule of Civil Procedure 30(a)(2)(A)(ii) states that, absent a stipulation, a party must obtain leave of court to take a deposition if "the deponent has already been deposed in the case." However, "the court must grant leave to the extent consistent with Rule 26(b)(1) and (2)." FED. R. CIV. P. 30(a)(2). In this instance, Defendant avers additional information has been

gathered and produced since the last deposition with regards to maintenance records for the pertinent machine. (Id. at 2-6.) Further, Defendant wishes to examine CDI with regards to its banking and purchasing of parts and service for that machine. (Id. at 7.)

**IT IS HEREBY ORDERED** that Defendant's motion (Doc. 74) is **GRANTED IN PART and DENIED IN PART.** Based on the additional information Defendant seeks to investigate, the Court **GRANTS** Defendant's motion for leave to take a second deposition. However, Defendant shall not have any additional time to do so. Therefore, Defendant's motion for extension of time is **DENIED.** The Court has made clear that discovery closes May 9, 2022, and that no further extensions will be considered. (See Doc. 61.) The Court finds that Defendant has gathered much of the referenced "additional information" over the last year with the last specified date being back in February 2022. (Doc. 74, at 3.) The Court finds nothing so recent to justify a delay in the case deadlines previously set in this case. Defendant may take a second deposition as long as it is done by May 9, 2022.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of May, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2