IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CLEVELAND BERNARD REED and TIFFANY REED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| BUILDERS MUTUAL INSURANCE COMPANY, | ) ) ) | CV 120-071 |
| Intervenor/Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TRACTOR & EQUIPMENT COMPANY, | ) ) | |
| Defendant. | ) | |

**O R D E R**

In light of the parties' joint request for private mediation, (see doc. no. 77), the Court **STAYS** all remaining case deadlines through and including July 15, 2022. The parties shall advise the Court as to the status of the case by no later than July 18, 2022, and if the case is not resolved, the last day for filing civil motions including Daubert motions, but excluding motions in limine, shall be August 15, 2022.

SO ORDERED this 10th day of May, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA