IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CLEVELAND BERNARD REED and TIFFANY REED, | ) ) ) | |
| Plaintiffs, | ) ) | |
| BUILDERS MUTUAL INSURANCE COMPANY, | ) ) ) | CV 120-071 |
| Intervenor/Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TRACTOR & EQUIPMENT COMPANY, | ) ) | |
| Defendant. | ) | |

**O R D E R**

On May, 9, 2022, the last day of a discovery period extended multiple times, (see doc. no. 61), the parties jointly requested to stay the deadline for filing summary judgment motions while they pursued private mediation, (doc. no. 77). The Court granted the request on May 10, 2022, and stayed the remaining case deadline through and including July 15, 2022, the date-certain deadline for mediation to be competed and the stay lifted. (Doc. nos. 77, 78.) The May 10th Order stated, "The parties shall advise the Court as to the status of the case by no later than July 18, 2022, and if the case is not resolved, the last day for filing civil motions including Daubert motions, but excluding motions in limine, shall be August 15, 2022." (Doc. no. 78.) On July 18, 2022, the parties filed a joint status report explaining that not only had the case not

been resolved, but the mediation had not been held. Indeed, the mediation had not been scheduled to occur until one month after the date-certain deadline of July 15th that had previously been provided to the Court. (Doc. no. 79, p. 1.)

Therefore, as the case has not been resolved, and in accordance with the Court's May 10th Order, the last day for filing civil motions including <u>Daubert</u> motions, but excluding motions in limine, shall be August 15, 2022.

SO ORDERED this 19th day of July, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA